PROB 35
(Rev. pawp 6/03)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

## Western District Of Pennsylvania

UNITED STATES OF AMERICA

v.

Jonathan Brayton

Criminal No. 0315 2:03CR00248-001

On October 29, 2004, the above named was placed on probation for a period of 36 months. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

Rosa A Doherty
United States Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this 13th day of April, 2007.

Gary L. Lancaster
United States District Judge